# AINSWORTH v. ALDRICH.                    401

THE METROPOLITAN NATIONAL BANK v. WILLIAM B. SIRRIT, *Impleaded.*— New trial ordered, with costs to abide event. Opinion by HARDIN, J.; HAIGHT, J., not voting.

CARL JOHN JONSSON, *Respondent,* v. NELSON THOMPSON, *Appellant.*— Judgment affirmed. Opinion by HARDIN, J.

MILTON H. SMITH, *Appellant,* v. JOHN G. WAGNER and another, *Respondents.*— Judgment reversed and a new trial ordered, with costs to abide the event. Opinion by HARDIN, J.

JOHN G. NEAL *et al.* v. LOUIS SACHS and SOLOMON WILE, *Appellants.*— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Opinion by HARDIN, J.

EDWARD COLLINS, *Appellant,* v. HENRY ROCKWOOD, *Respondent.*— Judgment of the County Court of Oswego county affirmed. Opinion by HARDIN, J.

JOHN PAINE *et al., Commissioner of Highways, Respondents,* v. THOMAS EAST, *Appellant.* — Judgment of the Monroe County Court affirming the judgment of a municipal court affirmed, with costs. Opinion by HARDIN, J.; SMITH, P. J., not participating in the decision.

IRA D. HOPKINS, *Respondent,* v. FRANK J. NIGHTINGALE, *Appellant.* — Judgment of the County Court of Oneida and that of the justice reversed. Opinion by HARDIN, J.

ALMA A. PARKER *et al., Respondents,* v. HENRY AUSTIN, *Appellant.* — Judgment reversed and a new trial ordered before another referee, with costs of this appeal to abide the final award of costs in the action. Opinion by HARDIN, J.

CAROLINE REGNEY, *Respondent,* v. WILLIAM H. ROBINSON, *Impleaded, Appellant.* — Judgment modified by striking out the award of costs and disbursements, and as modified affirmed, without costs of the appeal to either party. Opinion by HARDIN, J.

IN THE MATTER OF THE FINAL ACCOUNTING OF JAMES FRASER *et al.,* EXECUTORS, ETC., OF H. W. WELLS, *Deceased.* — Decree of the surrogate affirmed, with costs, on the opinion of the surrogate.

ELIZABETH WILLIAMS, *Appellant,* v. ORIN F. BARTON, *Respondent.* — Motion for new trial denied and judgment ordered for the defendant upon the verdict. Mem. by HAIGHT, J.

SAMUEL SEELEY, *Appellant,* v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Respondent.* — Judgment reversed and new trial ordered, costs to abide event. SMITH, P. J., taking no part; opinion by HAIGHT, J.

OLIN J. WILCOX, *Respondent,* v. BYRON H. DAGGETT, *Appellant.* — So much of the order appealed from as allows ten dollars costs to abide the event reversed, as to the remainder affirmed, without costs of this appeal to either party. Opinion by HAIGHT, J.

FREDERICK W. AINSWORTH, *late General Guardian, etc., Appellant,* v. ELIZABETH W. ALDRICH, *General Guardian, etc., Respond-*